UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHRISTOPHER ANTHONY TRAHAN | CIVIL ACTION |
| | NO. 6:07CV0388 |
| VERSUS | |
| | JUDGE HAIK |
| RYDER INTEGRATED | |
| LOGISTICS, INC., ET AL | MAG. JUDGE HILL |

### ORDER

The unopposed motion by ZURICH AMERICAN INSURANCE COMPANY to intervene is hereby granted.

Lafayette, Louisiana, October 22, 2007.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE